UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04CR10136RCL**

| UNITED STATES OF AMERICA, | ) | Criminal No. |
| --- | --- | --- |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ESSOKOUSSAN AGBA, | ) | 21 U.S.C. § 952 - Importation |
| | ) | of a Controlled Substance, |
| Defendant. | ) | Heroin |
| | ) | |
| | ) | Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:**   (Title 21, United States Code, Section 952-
Importation of a Controlled Substance, Heroin)

The Grand Jury charges that:

On or about March 4, 2004, in the District of Massachusetts,

**ESSOKOUSSAM AGBA,**

defendant herein, knowingly and intentionally imported into the customs territory of the United States, from a place outside thereof, namely, France, heroin, a Schedule I controlled substance.

The Grand Jury further charges that the amount imported involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(A).

All in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

    1.   As a result of the offense alleged in Count One of this Indictment,

**ESSOKOUSSAN AGBA,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

    2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

        (a)   cannot be located upon the exercise of due diligence;

        (b)   has been transferred or sold to, or deposited with, a third party;

        (c)   has been placed beyond the jurisdiction of the Court;

        (d)   has been substantially diminished in value; or

        (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

    All in violation of Title 21, U.S.C., Section 853.

A TRUE BILL

/s/ William Kelley
FOREPERSON OF THE GRAND JURY

/s/ Susan M. Poswistilo
Susan M. Poswistilo
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; April 29, 2004.

Returned into the District Court by the Grand Jurors and filed.

/s/ Deputy Clerk   2:37 pm
DEPUTY CLERK