UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10136-RCL

UNITED STATES OF AMERICA

v.

ESSOKOUSSAN AGBA

**FURTHER ORDER ON EXCLUDABLE TIME**

June 30, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 25, 2004 - August 30, 2004

that being the period between the date the initial order on excludable time expired and the Final Status Conference.

Based upon the prior order of the court dated May 28, 2004 and this order, at the time of the Final Status Conference on August 30, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                           / s / Judith Gail Dein
                                           JUDITH GAIL DEIN
                                           United States Magistrate Judge