UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-10136-RCL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ESSOKOUSSAM AGBA, | ) | 21 U.S.C. §§ 952(a) and |
| | ) | 960(a)(1)- Importation |
| | ) | of Heroin |
| Defendant. | ) | |
| | ) | |
| | ) | Criminal Forfeiture |

SUPERSEDING INDICTMENT

COUNT ONE:   (Title 21, United States Code, Sections 952(a) and 960(a)(1)- Importation of Heroin)

The Grand Jury charges that:

On or about March 4, 2004, at Boston, in the District of Massachusetts,

**ESSOKOUSSAM AGBA,**

defendant herein, did knowingly and intentionally import into the customs territory of the United States, from a place outside thereof, namely, France, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**ESSOKOUSSAM AGBA,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, U.S.C., Section 853.

## NOTICE OF ADDITIONAL FACTORS

The GRAND JURY further finds that:

1.  The offense charged in Count One of the Indictment involved at least one kilogram but less than three kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.  Accordingly, 21 U.S.C. § 960(b)(1)(A) and USSG § 2D1.1(c)(4) apply to this count.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Susan M. Poswistilo
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; August 12, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __Boston__   Category No. __II__   Investigating Agency __ICE__

City _____   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. __X__   Case No. __04-10136-RCL__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __04M-1012-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Essokoussam Agba__   Juvenile ☐ Yes ☒ No

Alias Name _____

Address __413 Kwam Avenue, Burkina Faso__

Birth date (Year only): __1959__   SSN (last 4 #): __n/a__   Sex __M__   Race: __Black__   Nationality: __Togo__

Defense Counsel if known: __Martin Richey__   Address: __Federal Defender Office__
__408 Atlantic Ave., 3d Floor, Boston__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __French__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __March 4, 2004__

☒ Already in Federal Custody as __3/5/04__ in __USMS__
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ __1__ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __8/12/04__   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Essokoussam Agba

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21USC §§ 952(a), 960 | Importation of a Controlled Substance, Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: