UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10136-RCL

UNITED STATES OF AMERICA

v.

ESSOKOUSSAN AGBA

**SCHEDULING ORDER AND**
**FURTHER ORDER ON EXCLUDABLE TIME**

August 24, 2004

DEIN, M.J.

The parties appeared before the court today for the arraignment of the defendant on a superseding indictment. At the request of the defendant, with the government's assent, the Final Status Conference presently scheduled for August 30, 2004 is continued to **September 13, 2004 at 2:15 p.m.** The time for the defendant to file dispositive motions is also continued to September 13, 2004.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 24, 2004 - September 13, 2004,

that being the period between the arraignment and the rescheduled Final Status Conference.

Based upon the prior orders of the court dated May 28, 2004, June 30, 2004, and this order, at the time of the Final Status Conference on September 13, 2004 there

-2-

will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                         / Judith Gail Dein
                                         JUDITH GAIL DEIN
                                         United States Magistrate Judge