UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10136-RCL

UNITED STATES OF AMERICA

v.

ESSOKOUSSAN AGBA

## FURTHER ORDER ON EXCLUDABLE TIME

September 13, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 13, 2004 - October 13, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated May 28, 2004, June 30, 2004, August 24, 2004, and this order, at the time of the Final Status Conference on October 13, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　／s／ Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge