Filed in open court 9/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| v. ) | 04-10136-RCL |
| ) | |
| ESSOKOUSSAN AGBA, ) | |
| Defendant. ) | |

## FINAL JOINT MEMORANDUM

The United States of America and Defendant Essokoussan Agba, by their undersigned counsel, respectfully submit the following status report regarding the above-captioned matter:

**A.  Discovery**

Discovery is completed and no additional discovery is anticipated, other than that required by Local Rule 116.2(B)(2) (21 day discovery).

**B.  Defense of Insanity/Public Authority/Notice of Alibi**

The defendant does not anticipate raising a defense of insanity or public authority. The government requested notice of alibi on June 16, 2004. No response has been received.

**C.  Motions**

Dispositive motions were due on August 30, 2004. No motions have been filed.

**D.  Schedules**

No matters other than a trial date need to be scheduled.

**E.  Speedy Trial**

Based upon prior orders of this Court, the Court has

previously excluded time up until September 13, 2004. To date, no days of non-excludable time have expired.

F. **Trial**

The government expects that it will take two trial days to present its case-in-chief.

| COUNSEL FOR DEFENDANT | | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|---|
| /s/ Martin Richey<br>MARTIN RICHEY | By: | /s/ Susan M. Poswistilo<br>SUSAN M. POSWISTILO<br>Assistant U.S. Attorney |