UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10136-RCL

UNITED STATES OF AMERICA

v.

ESSOKOUSSAN AGBA

**FINAL STATUS REPORT**

November 10, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, November 10, 2004, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report and orders, to wit:

1. It is likely that the defendant will enter a plea.  However, the plea agreement is not yet finalized.

2. Discovery is completed.

3. There are no outstanding discovery issues.  The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated May 28, 2004, June 30, 2004, August 24, 2005, September 13, 2004 and October 13, 2004, at the time of the Final Status Conference on November 10, 2004, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.  In addition, on this date the court has entered an

        order excluding the time from November 10, 2004 through December 10, 2004 in order to allow the parties time to finalize the plea arrangement. [1]

5.       No trial is anticipated. However, the parties estimate that if the case goes to trial, the government's case would take approximately 2 days.

6.       The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                  / s / Judith Gail Dein
                                                  Judith Gail Dein
                                                  United States Magistrate Judge

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).