UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| ) | 04-10136-RCL |
| v.                         ) | |
| ) | |
| ESSOKOUSSAN AGBA,           ) | |
| ) | |
| Defendant.                  ) | |

## STATUS REPORT

The United States of America and Defendant Essokoussan Agba, by their undersigned counsel, respectfully submit the following status report regarding the above-captioned matter:

On September 13, 2004, the parties filed a final status report, which set forth the following:

1. Discovery is completed and no additional discovery is anticipated.

2. No defenses of insanity, public authority or alibi will be raised.

3. The Court has previously the periods of time from May 28, 2004, through June 25, 2004; June 25, 2004, through August 30, 2004; August 24, 2004 through September 13, 2004; September 13, 2004 through October 13, 2004; and October 13, 2004, through November 10, 2004 from the provisions of the Speedy Trial Act. No days of excludable time have expired.

4. The parties are attempting to resolve this matter short of a trial. If it does go to trial, the government anticipates that it would take approximately 2 trial days for its case-in-

chief.

| COUNSEL FOR DEFENDANT | MICHAEL J. SULLIVAN |
| | United States Attorney |

_____  By: _____
MARTIN RICHEY                SUSAN M. POSWISTILO
                             Assistant U.S. Attorney