UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10136-RGL |
| | ) | |
| ESSOKOUSSAM AGBA | ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE PLEA DATE

Defendant, with the assent of the government, respectfully moves this Court to continue his plea date (currently scheduled for December 21, 2004), to a date after January 4, 2005.

As grounds for this motion, undersigned counsel will be traveling out of the state for the holidays during the week of December 20, 2004.

Assistant United States Attorney Susan M. Poswistilo assents to this motion.

ESSOKOUSSAM AGBA
By his attorney,

/s/ J. Martin Richey

J. Martin Richey
 B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

December 2, 2004