UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10136-RCL |
| v. | ) | |
| | ) | |
| **ESSOKOUSSAN AGBA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING
### (ASSENTED TO)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests a short term continuance of the sentencing of the defendant, Essokoussan Agba. The sentencing is now scheduled for Monday, March 28, 2005.

As grounds for this motion, undersigned counsel for the government states that on Monday, March 28, 2005, she is scheduled to be on trial in the case <u>United States v. John Pizzarella</u>, Criminal No. 03-10140-RWZ. This was a three defendant case which is expected to last at least one week; as of March 25, 2005, it is a two defendant case, that is still expected to last through the week of March 28, 2005. Because of trial preparation, as well as the fact that from March 14 through March 17, 2005, several emergency matters arose, undersigned counsel was unable to focus her attention on the instant matter, and therefore did not prepare and file the government's certification of timely acceptance of responsibility, or a sentencing memorandum in a timely manner, as required by the

Court's procedural order on sentencing.

The government apologizes to the Court for seeking the continuance at such a late date; it further notes that counsel for the defendant has assented to the motion.

WHEREFORE, the government requests that its motion be granted.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                        By:    /s/ Susan M. Poswistilo
                              SUSAN M. POSWISTILO
                              Assistant U.S. Attorney
```