UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CRIMINAL NO.  04-10136-RGL
                                  )
ESSOKOUSSAM AGBA                  )

DEFENDANT'S ASSENTED-TO MOTION
TO BRIEFLY CONTINUE SENTENCING

Defendant, with the assent of the government, respectfully moves this Court to briefly continue his sentencing date (currently scheduled for May 17, 2005), to May 25, 2005 at 3:00 p.m.  As grounds for this motion, undersigned counsel needs to travel out of state the week including May 17 to attend to a family matter.

Assistant United States Attorney Susan M. Poswistilo assents to this motion.

                              ESSOKOUSSAM AGBA
                              By his attorney,

                              /s/ J. Martin Richey

                              J. Martin Richey
                                 B.B.O. # 559902
                              Federal Defender Office
                              408 Atlantic Ave., 3rd. floor
                              Boston, MA  02210
                              Tel: 617-223-8061

April 26, 2005