UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10136-RCL |
| v. | ) | |
| | ) | |
| **ESSOKOUSSAN AGBA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Essokoussan Agba notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Agba be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Susan M. Poswistilo
SUSAN M. POSWISTILO
Assistant U.S. Attorney