UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10136-RGL |
| | ) | |
| ESSOKOUSSAM AGBA | ) | |

### DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION

Defendant submits the following additional information for the Court's consideration at sentencing.

First, defendant's eldest son, a 22 year old student in Togo, committed suicide on or about November 15, 2004.  This information does not appear in the presentence report because defendant was only recently informed of his son's death (the family has been concerned about defendant's well-being, and the potential effect such news could have upon him, particularly in light of the fact that he is incarcerated and isolated from other family members).  Undersigned counsel has been informed that the young man was distraught in large part because of his father's instant case in this Court.

Second, defendant attaches as Exhibit A to this submission a photograph of defendant taken while he was employed with Sabena Airlines (see PSR at ¶ 50).

                                                    ESSOKOUSSAM AGBA
                                                  By his attorney,

                                                  /s/ J. Martin Richey

                                                  J. Martin Richey
                                                      B.B.O. # 559902
                                                  Federal Defender Office
                                                  408 Atlantic Ave., 3rd. floor
                                                  Boston, MA  02210
                                                  Tel: 617-223-8061

May 23, 2005