
sabena