UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO.  04-10136-RGL |
| ) | |
| ESSOKOUSSAM AGBA          ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO BRIEFLY CONTINUE SENTENCING

Defendant, with the assent of the government, respectfully moves this Court to briefly continue his sentencing date (currently scheduled for August 3, 2005).

As grounds for this motion, at defendant's last sentencing hearing, the Court granted undersigned counsel additional time to attempt to corroborate defendant's version of the offense (in support of defendant's argument that he should receive a role reduction).  Undersigned counsel needs a brief additional period of time to complete his investigation.

Assistant United States Attorney Susan M. Poswistilo assents to this motion.

>                ESSOKOUSSAM AGBA
>                By his attorney,
>
>                /s/ J. Martin Richey
>
>                J. Martin Richey
>                   B.B.O. # 559902
>                Federal Defender Office
>                408 Atlantic Ave., 3rd. floor
>                Boston, MA  02210
>                Tel: 617-223-8061

August 1, 2005