UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  )   v. ) CRIMINAL NO. 04-10136-RGL  )  ESSOKOUSSAM AGBA ) | |

<u>DEFENDANT'S SECOND SUPPLEMENTAL SENTENCING SUBMISSION (12/30/05)</u>

As the Court may recall, defendant's sentencing presents the guideline issue whether defendant should be granted a role reduction.

At the previous hearing in this matter, the Court granted defendant a continuance so that he could attempt to further investigate facts which might support his role reduction argument.

At the hearing currently scheduled for January 4, 2005, undersigned counsel intends to proffer the following facts[1]:

1.   On March 15, 2004, shortly after defendant's arrest, counsel received a telephone call from an individual who identified himself as Dr. Moses Osei. Mr. Osei claimed that he was a lawyer in Ghana and that he had been asked by a member of the Agba family (Rosemarie Agba) to inquire about Mr. Agba's arrest.

  At the time, counsel found the call unremarkable. Subsequently, however, defendant denied that he had a relative named Rosemarie Agba, and wondered whether Mr. Osei was really Charles (the individual who recruited him), or someone calling on Charles' behalf, to inquire about the status of defendant's arrest. The potential import of this fact did not become apparent to counsel until the Court focused the inquiry at the previous sentencing hearing on the credibility of defendant's account that he was but a mere courier acting at Charles' direction.

  Subsequent to the last hearing, counsel contacted a lawyer in Ghana, Mr. Innocent Akwayena. Counsel asked Mr. Akwayena if he could assist counsel in determining whether, in fact, an individual named Moses Osei is registered as a

---

[1] Counsel has informed the government of these facts, and the government has indicated that it will not object to submission of these facts by proffer from counsel. (Absent this agreement, a number of difficult evidentiary issues arise, such as issuing subpoenas to foreign witnesses and the possibility that counsel would himself become a witness).

lawyer in Ghana.  Mr. Akwayena contacted the Ghana Office of General Legal Counsel (the entity which licenses and regulates lawyers in Ghana), and learned that it has no record of Moses Osei ever being licensed to practice law in Ghana.  Mr. Akwayena also contacted the Ghana Bar Association (the sole professional organization of lawyers in Ghana), and learned that it has no Moses Osei enrolled.  (Attached as Exhibit A is an e-mail counsel received from Mr. Akwayena which reflects the above).  In addition, counsel spoke with Victor Vanderpuije of the Ghana Office of General Legal Counsel, and was directly informed that the Office of General Legal Counsel has no record of Moses Osei ever being licensed to practice law in Ghana.

2. Alicia Hutton, an investigator with the Federal Defender Office, spoke via telephone to a travel agent at Faso Services in Burkina Faso.  The agent knows defendant from, counsel believes, defendant's previous employment with Sabena Airlines.  The agent said that he recalled defendant coming to his office with an individual named Charles (whom he otherwise did not know), and purchasing an Air France ticket with cash.  The cash was provided by Charles.

ESSOKOUSSAM AGBA
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
   B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

December 30, 2005