# EXHIBIT A

Case 1:04-cr-10136-RCL    Document 33-2    Filed 12/30/2005    Page 1 of 2



"Innocent Akwayena" &lt;remlaw@africaonline.com.gh&gt;

08/03/2005 12:46 PM

To "Martin Richey" &lt;Martin_Richey@fd.org&gt;
cc
bcc
Subject Re: Re:Moses Osei

History:    ⮌ This message has been replied to.

Dear Martin,

Sorry for the delay.
Further to our discussions on phone two days ago, I went to the office of the General Legal Council which is the sole authority for licensing and regulating lawyers in Ghana.

An empirical search through their available records showed that there was no Moses Osei enrolled in the Register of Lawyers duly licenced to practice in Ghana. The Ghana Bar Association which is also the sole professional Association of lawyers in Ghana also confirmed that they could not find Moses Osei in their register of members. There is therefore a strong probability that the alleged Moses Osei who spoke to you as a practicing lawyer retained by the family of your client, was a pretender. I hope you find the above information helpful.
In case you wish to speak directly to the Admin. Secretary of the General Legal Counsel who assisted me with the search, his name is David Djentuh: Telephone (233 21) 668847; Cell pPhone: (233 244) 514 579.
Regards,
Innocent