**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 04-10136-RCL |
| v. | ) | |
| | ) | |
| ESSOKOUSSAN AGBA, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment against Essokoussan Agba ("Agba") which charges him with importation of a controlled substance, heroin, into the territory of the United States, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A). In support of this dismissal, the government states that Agba has pleaded guilty to a Superseding Indictment charging him with a violation Title 21, United States Code, Sections 952(a) and 960(b)(1)(A) and the dismissal is in the interests of justice.

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Susan M. Poswistilo
SUSAN M POSWISTILO
Assistant U.S. Attorney

Leave to File Granted

Reginald C. Lindsay, Judge
United States District Court

9/4/2006